# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **HOWARD COHAN** | **CIVIL ACTION NO. 3:18-cv-1074** |
| **VERSUS** | **JUDGE BRIAN JACKSON** |
| **OUTBACK STEAKHOUSE OF FLORIDA, LLC** | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.** |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED and agreed by the parties and their respective counsel, that all claims in the above-entitled action be and are hereby voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own costs.

Respectfully submitted,

BY: */s/ Keren E. Gesund*
Keren E. Gesund (Bar # 34397)
Gesund & Pailet, LLC
3421 N. Causeway Blvd.
Suite 805
Metairie, LA 70002
702-300-1180
Email: keren@gp-nola.com

Attorney for Howard Cohan

AND

**PHELPS DUNBAR LLP**

BY: */s/ Matthew R. Slaughter*
Matthew R. Slaughter (Bar #37308)
Christopher K. Ralston (Bar #34924)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534

PD.27322551.1

Telephone: (504) 566-1311  
Facsimile:  (504) 568-9130  
Email: matthew.slaughter@phelps.com  
chris.ralston@phelps.com

Attorneys for Outback Steakhouse of Florida, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of December, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Keren E Gesund

PD.27322551.1