UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HOWARD COHAN | CIVIL ACTION |
| VERSUS | |
| OUTBACK STEAKHOUSE OF FLORIDA, LLC | NO: 18-01074-BAJ-RLB |

## FINAL JUDGMENT

Considering the Joint Stipulation of Dismissal With Prejudice (Doc. 12), under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and in accordance with Federal Rule of Civil Procedure 58,

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Baton Rouge, Louisiana, this 9th day of January, 2020.

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JURY